IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN PARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:16-CV-239-WKW |
| | ) |
| WILLIAMS PLANT SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On June 29, 2016, the Magistrate Judge entered a Recommendation (Doc. # 19) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 19) is ADOPTED. It is further ORDERED that this case is REMANDED for lack of subject-matter jurisdiction to the Circuit Court of Houston County, Alabama. The Clerk of the Court is DIRECTED to take the steps necessary to effectuate the remand.

DONE this 18th day of July, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE